PROB 12C
(7/93)

# United States District Court
## for
## District of New Jersey

### Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Gregory Raysor  **Docket Number:** 05-00194-001 (D/NJ)
                                                      4:CR-07-121   (MD/PA)
**PACTS Number:** 43731

**Name of Sentencing Judicial Officer:** Honorable James F. McClure, Jr. (MD/PA)

**Name of Newly Assigned Judicial Officer:** Honorable Susan D. Wigenton (D/NJ)

**Date of Original Sentence:** 01/13/2006

**Original Offense:** ESCAPE FROM A FEDERAL CORRECTIONAL INSTITUTION

**Original Sentence:** 9 months imprisonment; 3 years supervised release

**Type of Supervision:** Supervised release   **Date Supervision Commenced:** 04/07/08

**Assistant U.S. Attorney:** To be assigned

**Defense Attorney:** To be assigned

---

### PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**' |
| | On November 11, 2008, the offender was arrested in New York City and charged with possession of narcotics, tampering with evidence and criminal possession of a controlled substance. These charges are pending adjudication. |
| 2 | The offender has violated the supervision condition which states '**You shall not leave the judicial district without the permission of the Court or Probation Officer.**' |
| | On November 11, 2008 the offender traveled to New York City evident by his arrest there on this same date. The offender traveled outside the judicial district without permission of the U.S. Probation Office. |

PROB 12C - Page 2
Gregory Raysor

3     The offender has violated the supervision condition which states '**As a condition of supervision, you are instructed to pay restitution in the amount of $45,630 to the victim bank; it shall be paid in the following manner: $100 per month.**'

The offender has failed to pay any money toward his restitution obligation.

4     The offender has violated the supervision condition which states '**The defendant shall refrain from the illegal possession and/or use of drugs and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that the defendant shall submit to drug treatment, on an outpatient or inpatient basis, as directed by the U.S. Probation Office. The defendant shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged with the approval of the U.S. Probation Office.**'

a.) The offender reverted to drug use as evidenced by the following positive for PCP drug test results: 08/25/08 (C-00974023), 08/26/08 (C-00459479), 09/04/08 (C-00836461), 09/26/08 (C-00459477), 11/03/08 (C-00974037) PCP and morphine.

b.) The offender has failed to attend code-a-phone (random urine testing) at the Jersey City Medical Center Substance Abuse Clinic, Jersey City, New Jersey. Specifically, the offender failed to report for code-a-phone on 08/18/08, 09/8/08, 09/27/08, 10/20/08, and 11/07/08.

c.) As a result of drug use, the offender was referred for drug treatment to the Jersey City Medical Center Substance Abuse Clinic. The offender failed to keep treatment appointments on 10/08/08, 10/10/08, 10/15/08 and thereafter.

I declare under penalty of perjury that the foregoing is true and correct.

By: Norma de Armas
Senior U.S. Probation Officer
Date: 11/21/08

THE COURT ORDERS:

[X] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: _____
[ ] No Action
[ ] Other

Signature of Judicial Officer